ACCEPTED
06-15-00050-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/23/2015 4:14:19 PM
DEBBIE AUTREY
CLERK

| | |
|---|---|
| Appellate Docket Number: | 06-15-00050-CR |
| Appellate Case Style: Style: | Brad Allen Dunn |
| Vs. | State of Texas |

| | |
|---|---|
| Companion Case: | |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

3/23/2015 4:14:19 PM

DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

## I. Appellant

| | |
|---|---|
| First Name: | Brad |
| Middle Name: | Allen |
| Last Name: | Dunn |
| Suffix: | |

Appellant Incarcerated?  ☒ Yes  ☐ No

Amount of Bond:

Pro Se: ○

## II. Appellant Attorney(s)

☒ Lead Attorney

| | |
|---|---|
| First Name: | Craig |
| Middle Name: | Alan |
| Last Name: | Fletcher |
| Suffix: | |

☒ Appointed  ☐ District/County Attorney
☐ Retained  ☐ Public Defender

| | |
|---|---|
| Firm Name: | Craig A. Fletcher, Attorney at Law |
| Address 1: | 110 S. Bolivar |
| Address 2: | Suite 210 |
| City: | Marshall |
| State: | Texas      Zip+4: 75670 |
| Telephone: | 903-503-7676      ext. |
| Fax: | 903-503-7680 |
| Email: | craig@craigfletcherlaw.com |
| SBN: | 00792506 |

Add Another Appellant/
Attorney

## III. Appellee

First Name: State

Middle Name: of

Last Name: Texas

Suffix:

Appellee Incarcerated? ☐ Yes ☒ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: Coke

Middle Name: Ward

Last Name: Solomon

Suffix:

☐ Appointed    ☒ District/County Attorney
☐ Retained     ☐ Public Defender

Firm Name: Harrison County District Attorney

Address 1: 200 West Houston Street

Address 2: Suite 206

City: Marshall

State: Texas          Zip+4: 75670

Telephone: 903-935-8409          ext.

Fax: 903-938-9312

Email: cokesolomon@co.harrison.tx.us

SBN: 24041954

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Homicide

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: March 5, 2015

Offense charged: Murder

Date of offense: December 1, 2013

Defendant's plea: Guilty

If guilty, does defendant have the trial court's certificate to appeal?
☒ Yes ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: March 6, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 99 years

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?
☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☒ Yes ☐ No    If yes, date filed: March 19, 2015

Motion in Arrest of Judgment: ☐ Yes ☐ No    If yes, date filed:

Other: ☐ Yes ☐ No    If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA    If yes, date filed: March 16, 2015

Date of hearing:          ☒ NA

Date of order: March 16, 2015          ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA    If granted or denied, date of ruling: March 16, 2015

## VIII. Trial Court And Record

Court: 71st Judicial District Court

County: Harrison County, Texas

Trial Court Docket Number (Cause no): 14-0029X

Trial Court Judge (who tried or disposed of the case):

First Name: James

Middle Name: Bradford

Last Name: Morin

Suffix:

Address 1: 200 W. Houston St.

Address 2: Suite 219

City: Marshall

State: Texas      Zip + 4: 75670

Telephone: 903-935-8407      ext.

Fax: 903-935-9963

Email: lesliem@co.harrison.tx.us

Clerk's Record:

Trial Court Clerk: ☒ District  ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: Mar 16, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☐ Yes ☒ No

If yes, date requested: Mar 16, 2015

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter      ☐ Court Recorder
☐ Official            ☐ Substitute

First Name: Tanya

Middle Name: Pierce

Last Name: McFarland

Suffix:

Address 1: 200 W. Houston St.

Address 2: Suite 219

City: Marshall

State: Texas      Zip + 4: 75670

Telephone: 903-935-8407      ext.

Fax: 903-935-9963

Email: tanyam@co.harrison.tx.us

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: ▨                    Court: ▨

Style: ▨

Vs.    State of Texas

## X. Signature

Signature of counsel (or Pro Se Party) *Craig A. Fletcher*

Printed Name:

Electronic Signature: ▨
(Optional)

Date: March 23, 2015

State Bar No: 00792506

Name: Craig A. Fletcher

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on March 23, 2015 .

*Craig A. Fletcher*

Signature of counsel (or pro se party)

Electronic Signature: ▨
(Optional)

State Bar No.: 00792506

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: March 23, 2015

Manner Served: Fax

First Name: Coke

Middle Name: Ward

Last Name: Solomon

Suffix:

Law Firm Name: Harrison County District Attorney

Address 1: 200 W. Houston St.

Address 2: Suite 206

City: Marshall

State: Texas          Zip+4: 75670

Telephone: 903-935-8409          ext.

Fax: 903-938-9312

Email: cokesolomon@co.harrison.tx.us